Name and address:

Jeffrey A. Schwab
Abelman, Frayne and Schwab
666 Third Avenue, Floor 10
New York, NY  10017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Stichting BDO | Plaintiff(s) | CASE NUMBER<br><br>2:10-cv-02925-SVW-CW |
| v. | | |
| BDO Remittance | Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:  Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application.  Please submit the fee with your application.  Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, __Jeffrey A. Schwab_____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant: __Stichting BDO_____ by whom I have been retained.

My business information is:
__Abelman, Frayne and Schwab_____
*Firm Name*
__666 Third Avenue, Floor 10_____
*Street Address*
__New York, NY  10017_____   __JASchwab@lawabel.com_____
*City, State, Zip*                       *E-Mail Address*
__2128859115_____   __2129499190_____
*Telephone Number*                     *Fax Number*

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| State of New York | 12/23/1964 |
| Southern District of New York | 4/21/1966 |
| Eastern District of New York | 4/25/1966 |
| Court of Appeals for the Second Circuit | 7/21/1975 |

Please see attached form for additional Bar Admissions.

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate __Michael Painter__ as local counsel, whose business information is as follows:

__Issacman, Kaufman & Painter__
*Firm Name*

__10250 Constellation Blvd., Suite 2900__
*Street Address*

__Los Angeles, CA  90067__                     __painter@ikplaw.com__
*City, State, Zip*                                          *E-Mail Address*

__(310) 881-6800__                                    __(310) 881-6801__
*Telephone Number*                                  *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   __4/27/2010__                          __Jeffrey A. Schwab__
                                                            *Applicant's Name (please print)*

                                                            _____
                                                            *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   __5/3/2010__                            __Michael A. Painter__
                                                            *Designee's Name (please print)*

                                                            _____
                                                            *Designee's Signature*

                                                            __43600__
                                                            *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.

**United States District Court**
**Central District of California**

Application of Non-Resident Attorney to Appear in a Specific Case

**Bar Admissions, continued**

| *Title of Court* | *Date of Admission* |
|---|---|
| Court of Appeals for the Fourth Circuit | 3/24/1992 |
| Court of Appeals for the Fifth Circuit | 8/16/2000 |
| Court of Appeals for the Seventh Circuit | 9/11/2000 |
| Court of Appeals for the Tenth Circuit | 7/15/1983 |
| Court of Appeals for the Eleventh Circuit | 1/14/1985 |
| Court of Appeals for the Federal Circuit | 10/1/1982 |
| United States Supreme Court | 1/12/1976 |



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jeffrey Alan Schwab** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **23rd** day of **December 1964**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on April 29, 2010.

*James Edward Pelzer*
Clerk of the Court

No 167843

Case 2:10-cv-02925-SVW-CW   Document 9   Filed 05/03/10   Page 5 of 5