# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STICHTING BDO | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV10-2925-SVW(CWx) |
| v. | |
| BDO REMITTANCE (USA), INC., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of <u>JEFFREY A. SCHWAB,</u>
*Applicant's Name*

of <u>Abelman, Frayne & Schwab, 666 Third Avenue, 10th Floor, New York, New York 10017</u>
*Firm Name / Address*

<u>(212) 885-9131</u>                               <u>JASchwab@lawabel.com</u>
*Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☐ Defendant

and the designation of <u>Michael A. Painter, Bar #43600,</u>
*Local Counsel Designee /State Bar Number*

of <u>Isaacman, Kaufman & Painter, 10250 Constellation Boulevard, Suite 2900, Los Angeles, California 90067</u>
*Local Counsel Firm / Address*

<u>(310) 881-6800</u>                                <u>painter@ikplaw.com</u>
*Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (01/08)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE