MICHAEL D. JAY (SBN 223827)
(michael.jay@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
Telephone:   (213) 443-5317
Facsimile:    (213) 443-5400

NELS T. LIPPERT (*pro hac vice* to be filed)
(nels.lippert@wilmerhale.com)
JOYCE CHEN (*pro hac vice* to be filed)
(joyce.chen@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone:   (212) 230-8800
Facsimile:    (212) 230-8888

Attorney for Defendants
BDO REMITTANCE (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| STICHTING BDO, a Netherlands Corporation,<br><br>                Plaintiff,<br><br>       v.<br><br>BDO REMITTANCE (USA), INC., a California Corporation,<br><br>                Defendant. | Case No. CV 10-02925<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: April 22, 2010<br>Current response date: May 13, 2010<br>New response date: June 2, 2010 |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 8-3, by and between Plaintiff Stichting BDO and Defendant BDO Remittance (USA), Inc. that the Defendant shall have until June 2, 2010 to answer, move, or otherwise respond to the Plaintiff's Complaint, which was served on April 22, 2010. This stipulation extends the Defendant's time to answer, move, or otherwise respond to the initial complaint in this action by not more than thirty (30) days.

Dated: May 7, 2010          WILMER CUTLER PICKERING
                            HALE AND DORR LLP


                            By: /s/ Michael D. Jay
                                Michael D. Jay

                            Attorney for Defendants
                              BDO REMITTANCE (USA), INC.


Dated: May 7, 2010          ISAACMAN, KAUFMAN & PAINTER


                            By: /s/ Michael A. Painter
                                Michael A. Painter

                            Attorneys for Plaintiff
                              STICHTING BDO

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY
NOT MORE THAN 30 DAYS (L.R. 8-3)

US1DOCS 7534639v3

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California by Wilmer Cutler Pickering Hale & Dorr LLP. My business address is 350 S. Grand Avenue, #2100, Los Angeles, CA 90071.

I certify that on May 7, 2010, I served the following:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

by placing a true and correct copy in sealed envelopes addressed as follows:

| | |
|---|---|
| Michael A. Painter | Lawrence E. Abelman |
| painter@jkplaw.com | Jeffrey A. Schwab |
| ISAACMAN, KAUFMAN & PAINTER | Anthony J. DiFillippi |
| | adjifilippi@lawabel.com |
| 10250 Constellation Blvd. | ABELMAN, FRAYNE & SCHWAB |
| Suite 2900 | 666 3rd Avenue |
| Los Angeles, CA 90067 | New York, NY 10017 |

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above documents to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm 's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 7, 2010, Los Angeles, California.

/s/ Petra Gonzalez
Petra Gonzalez