Michael A. Painter, Bar No. 43600
Isaacman, Kaufman & Painter
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
(310) 881-6800

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STICHTING BDO <br><br> Plaintiff(s) <br> v. <br><br> BDO REMITTANCE (USA), INC. <br><br> Defendant(s). | CASE NUMBER <br> CV10-02925-SVW(CWx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of _____Lawrence E. Abelman,_____
*Applicant's Name*

of _Abelman, Frayne & Schwab, 666 Third Avenue, Fl. 10, New York, New York 10017_
*Firm Name / Address*

_____(212) 949-9022_____ _____LEAbelman@lawabel.com_____
*Telephone Number* *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  XX  Plaintiff  ☐ Defendant

___STICHTING BDO___

and the designation of _____Michael A. Painter, Bar #43600_____
*Local Counsel Designee /State Bar Number*

of _Isaacman, Kaufman & Painter, 10250 Constellation Blvd., Suite 2900, Los Angeles, CA 90067_
*Local Counsel Firm / Address*

___(310) 881-6800___ ___painter@ikplaw.com___
*Telephone Number* *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated _____        _____
U. S. District Judge/U.S. Magistrate Judge