# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STICHTING BDO <br><br> Plaintiff(s), <br><br> v. <br><br> BDO REMITTANCE (USA), INC., <br><br> Defendant(s). | CASE NUMBER <br> CV10-2925-SVW(CWx) <br><br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of  JEFFREY A. SCHWAB,
*Applicant's Name*

of  Abelman, Frayne & Schwab, 666 Third Avenue, 10th Floor, New York, New York 10017
*Firm Name / Address*

(212) 885-9131                              JASchwab@lawabel.com
*Telephone Number*                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff    ☐ Defendant

and the designation of  Michael A. Painter, Bar #43600,
*Local Counsel Designee /State Bar Number*

of  Isaacman, Kaufman & Painter, 10250 Constellation Boulevard, Suite 2900, Los Angeles, California 90067
*Local Counsel Firm / Address*

(310) 881-6800                              painter@ikplaw.com
*Telephone Number*                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    X GRANTED

    ☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated  May 28, 2010

*[signature]*

STEPHEN V. WILSON, U. S. District Judge

---

G–64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**