MICHAEL D. JAY (SBN 223827)
(michael.jay@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
Telephone:   (213) 443-5317
Facsimile:    (213) 443-5400

NELS T. LIPPERT (*pro hac vice* to be filed)
(nels.lippert@wilmerhale.com)
JOYCE CHEN (*pro hac vice* to be filed)
(joyce.chen@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone:   (212) 230-8800
Facsimile:    (212) 230-8888

Attorney for Defendants
BDO REMIT (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| STICHTING BDO, a Netherlands Corporation<br><br>                Plaintiff,<br><br>     v.<br><br>BDO REMITTANCE (USA), INC., a California Corporation,<br><br>                Defendant. | Case No. CV 10-02925-SVW (CWx)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1 AND CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

US1DOCS 7561066v2

Pursuant to Federal Rule 7.1, the undersigned states that BDO Remit (USA), Inc. is a nongovernmental corporate party in the above-captioned action and is a wholly-owned subsidiary of Banco De Oro Unibank, Inc.

The undersigned, counsel of record for BDO Remit (USA), Inc., certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Stichting BDO | Plaintiff |
| BDO Remit (USA), Inc. | Defendant |
| Banco De Oro Unibank, Inc. | BDO Remit (USA), Inc. is a wholly owned subsidiary of Banco De Oro Unibank, Inc., a Philippines corporation |

Dated:  June 2, 2010                                             WILMER CUTLER PICKERING
                                                                                    HALE AND DORR LLP


                                                                          By: /s/ Michael D. Jay
                                                                                  Michael D. Jay

                                                                          Attorneys for Defendants
                                                                            BDO REMIT (USA), INC.

US1DOCS 7561066v2

CORPORATE DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 7.1 AND
CERTIFICATION AS TO INTERESTED PARTIES PURSUANT
TO LOCAL RULE 7.1-1