Name and address:
Joyce Chen
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022

Lodged Proposed Order

FILED 2010 JUN 18 AM 11:10 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Stichting BDO | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:10-cv-02925-SVW-CW |
| v. | |
| BDO Remittance (USA), Inc. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s). | |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, __Joyce Chen_____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant:
__BDO Remittance (USA), Inc._____ by whom I have been retained.

My business information is:
__Wilmer Cutler Pickering Hale and Dorr LLP_____
*Firm Name*
__399 Park Avenue_____
*Street Address*                                __Joyce.Chen@wilmerhale.com__
__New York, New York 10022__                   *E-Mail Address*
*City, State, Zip*
__212-230-8809__                                __212-230-8888__
*Telephone Number*                              *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| State of New York | May 6, 2009 |
| | |
| | |
| | |

Clerk, US District Court
COURT 4612
JUN 18 2010
PAID

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate ___Michael Jay___ as local counsel, whose business information is as follows:

___Wilmer Cutler Pickering Hale and Dorr LLP___
*Firm Name*

___350 South Grand Avenue, Suite 2100___
*Street Address*

___Los Angeles, CA 90071___          ___Michael.Jay@wilmerhale.com___
*City, State, Zip*                                *E-Mail Address*

___213-443-5317___                    ___213-443-5400___
*Telephone Number*                    *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated ___6/17/10___                    ___Joyce Chen___
                                        *Applicant's Name (please print)*

                                        ___/s/ JC___
                                        *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated ___6/17/10___                    ___Michael Jay___
                                        *Designee's Name (please print)*

                                        ___/s/ Michael Jay___
                                        *Designee's Signature*

                                        ___223827___
                                        *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, David Spokony, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JOYCE H. CHEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **May 4, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 3, 2010

_David Spokony_
Clerk of the Court

8516

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California by Wilmer Cutler Pickering Hale & Dorr LLP. My business address is 350 S. Grand Avenue, #2100, Los Angeles, CA 90071.

On June 18, 2010, I served the foregoing documents:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

☒ (BY FIRST CLASS MAIL) I caused the foregoing document to be served by First Class Mail on the following:

Michael A. Painter                                     *Counsel for Plaintiff*
painter@jkplaw.com
ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Blvd., #2900
Los Angeles, CA  90067
(310) 881-6800 – Telephone
(310) 881-6801 – Facsimile

ABELMAN, FRAYNE & SCHWAB
Lawrence E. Abelman
Jeffrey A. Schwab
Anthony J. DiFilippi
666 3rd Avenue
New York, NY  10017
(212) 949-9022 – Telephone
(212) 682-6499 - Facsimile

Executed on June 18, 2010, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Petra Gonzalez

---

PROOF OF SERVICE                                    Case No. 2:10-cv-02925-SVW-CW