# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STICHTING BDO<br><br>Plaintiff(s),<br>v.<br>BDO REMITTANCE (USA), INC.<br><br>Defendant(s). | CASE NUMBER<br>2:10-cv-02925-SVW-CW<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Joyce Chen__,
*Applicant's Name*

of __Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York  10022__
*Firm Name / Address*

__(212) 230-8809__                                __Joyce.Chen@wilmerhale.com__
*Telephone Number*                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   Defendant

__BDO Remittance (USA), Inc.__

and the designation of __Michael Jay, Bar #223827__
*Local Counsel Designee /State Bar Number*

of __Wilmer Cutler Pickering Hale and Dorr LLP LLP, 350 South Grand Ave., Suite 2100, Los Angeles, CA 90071__
*Local Counsel Firm / Address*

__(213) 443-5317__                                __Michael.Jay@wilmerhale.com__
*Telephone Number*                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

*[signature]*

Dated  June 22, 2010

U. S. District Judge

G–64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**