|  |  |
|---|---|
| 1 | Jeffrey A. Schwab (*pro hac vice*) |
|  | Anthony J. DiFilippi (*pro hac vice*) |
| 2 | ABELMAN, FRAYNE & SCHWAB |
|  | 666 3RD Avenue |
| 3 | New York, New York 10017 |
|  | Telephone (212) 949-9022 |
| 4 | Facsimile (212) 949-9190 |

Jeffrey A. Schwab (*pro hac vice*)
Anthony J. DiFilippi (*pro hac vice*)
ABELMAN, FRAYNE & SCHWAB
666 3RD Avenue
New York, New York 10017
Telephone (212) 949-9022
Facsimile (212) 949-9190

Michael A. Painter (State Bar #43600)
ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Blvd., Suite 2900
Los Angeles, CA 90211
Telephone (310) 881-6800
Facsimile (310) 881-6801

Attorneys for Plaintiff STICHTING BDO

Nels T. Lippert (*pro hac vice*)
Joyce Chen (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone (212) 230-8800
Facsimile (212) 230-8888

Michael D. Jay (State Bar #223827)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone (213) 443-5317
Facsimile (213) 443-5400

Attorneys for Defendant BDO REMITTANCE (USA), INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STICHTING BDO, a Netherlands Corporation,<br><br>    Plaintiff,<br>v.<br>BDO REMITTANCE (USA), INC., a California Corporation,<br>    *Defendant.* | Case No. CV10-02925-SVW(CWx)<br><br>The Hon. Stephen V. Wilson<br><br>Courtroom 6 (Spring Street)<br><br>**STIPULATION OF DISMISSAL** |

1

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the parties to the above captioned action that:

1. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed in its entirety without prejudice, against all parties, and each party shall bear its own costs and attorney fees.

Dated: July 19, 2010	ABELMAN, FRAYNE & SCHWAB

/Anthony J. DiFilippi /
Jeffrey A. Schwab (*pro hac vice*)
Anthony J. DiFilippi (*pro hac vice*)
666 3RD Avenue
New York, New York 10017
Telephone (212) 949-9022
Facsimile (212) 949-9190

Michael A. Painter (State Bar #43600)
ISAACMAN, KAUFMAN & PAINTER
8484 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone (323) 782-7700
Facsimile (323) 782-7744

Attorneys for Plaintiff STICHTING BDO

/

/

2

Dated: July 19, 2010

WILMER CUTLER PICKERING
HALE AND DORR LLP

/Michael D. Jay/
Nels T. Lippert (*pro hac vice*)
Joyce Chen (*pro hac vice*)
399 Park Avenue
New York, New York 10022
Telephone (212) 230-8800
Facsimile (212) 230-8888

Michael D. Jay (State Bar #223827)
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone (213) 443-5317
Facsimile (213) 443-5400

Attorneys for Defendant
BDO REMITTANCE (USA), INC.